NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBIN WEISS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3105

---

Petition for review of the Merit Systems Protection Board in No. DC-315H-10-0671-B-1.

---

## ON MOTION

---

## O R D E R

The Merit Systems Protection Board ("Board") moves out of time for leave to file a motion for a thirty-day extension of time, until November 21, 2014, to file its response brief. The Board states that Robin Weiss opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                           WEISS v. MSPB


    The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21